No. 818. SMITH v. TEXAS. April 22, 1940. Motion for leave to proceed further *in forma pauperis,* and petition for writ of certiorari to the Court of Criminal Appeals of Texas, granted. *Mr. William A. Vinson* for petitioner.

No. 726. FLEISHER ENGINEERING & CONSTRUCTION Co. ET AL. v. UNITED STATES FOR THE USE AND BENEFIT OF HALLENBECK. See *post,* p. 693.

No. 778. WILSON & CO., INC. v. UNITED STATES;
No. 779. WILSON & Co., INC. OF KANSAS v. SAME; and
No. 780. T. M. SINCLAIR & Co. v. SAME. April 22, 1940. Petition for writs of certiorari to the Court of Claims granted. *Messrs. J. Harry Covington, Dean G. Acheson,* and *Paul E. Shorb* for petitioners. *Solicitor General Biddle, Assistant Attorney Clark,* and *Messrs. Sewall Key* and *J. Louis Monarch* for the United States.

No. 789. NASHVILLE, CHATTANOOGA & ST. LOUIS RAILWAY v. BROWNING ET AL., CONSTITUTING THE STATE BOARD OF EQUALIZATION. April 22, 1940. Petition for writ of certiorari to the Supreme Court of Tennessee granted. *Messrs. Wm. H. Swiggart* and *Edwin F. Hunt* for petitioner. *Mr. W. F. Barry* for respondents.

No. 814. AMERICAN UNITED MUTUAL LIFE INSURANCE Co. v. CITY OF AVON PARK, FLORIDA. April 22, 1940. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit granted. *Mr. Giles J.*

*Patterson* for petitioner. *Mr. Robert J. Pleus* for respondent.

No. 815. FIDELITY UNION TRUST CO. ET AL., EXECUTORS, ET AL. *v.* FIELD. April 22, 1940. Petition for writ of certiorari to the Circuit Court of Appeals for the Third Circuit granted. *Mr. Francis F. Welsh* for petitioners. *Mr. Russell C. MacFall* for respondent.

No. 774. BACARDI CORPORATION *v.* BONET, TREASURER, ET AL. April 22, 1940. Petition for writ of certiorari to the Circuit Court of Appeals for the First Circuit granted. *Messrs. Edward S. Rogers, Thomas Hunt, Jerome L. Isaacs, Karl D. Loos,* and *Preston B. Kavanagh* for petitioner. *Messrs. William Cattron Rigby, George A. Malcolm,* Attorney General of Puerto Rico, and *Nathan R. Margold* for Bonet, Treasurer; and *Mr. David A. Buckley, Jr.* for Destileria Serralles, Inc.,—respondents.

No. 782. WEST INDIA OIL CO. (Puerto Rico) *v.* BONET, TREASURER OF PUERTO RICO. April 22, 1940. Petition for writ of certiorari to the Circuit Court of Appeals for the First Circuit granted. *Mr. James R. Beverley* for petitioner. *Messrs. William Cattron Rigby, George A. Malcolm,* Attorney General of Puerto Rico, and *Nathan R. Margold* for respondent.

No. 803. HANSBERRY ET AL. *v.* LEE ET AL. April 22, 1940. Petition for writ of certiorari to the Supreme Court of Illinois granted. *Mr. Earl B. Dickerson* for